UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOSEPH R. BANISTER,<br><br>                        Plaintiff,<br>    v.<br>UNITED STATES OF AMERICA,<br><br>                        Defendants. | Case No. 3:12-cv-00637-MMD-VPC<br><br>ORDER |

Pursuant to Local Rule 16-5 and the Court's Civil Standing Order, it is ordered that the parties schedule a settlement conference with the Magistrate Judge. No decision on the pending dispositive motions (dkt. nos. 41 & 42) will be issued pending settlement.

DATED THIS 6th day of January 2015.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE