CAROLINE D. CIRAOLO
Acting Assistant Attorney General

MICHAEL R. PAHL
Trial Attorney, U.S. Dept. of Justice
PO Box 7238, Washington, DC 20044
    Tel:   (202) 514-6488
    Fax:  (202) 514-6770
    Michael.r.pahl@usdoj.gov

Of Counsel
DANIEL G. BOGDEN
U.S. Attorney, District of Nevada
Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Joseph R. Banister, | ) |
| | ) |
|     Plaintiff, | ) |
| | )     No. 3-12-cv-0637-MMD-VPC |
| v. | ) |
| | )     **Final Judgment** |
| | ) |
| United States of America, | ) |
| | ) |
|     Defendant. | ) |

    Based on the Court's Order dated September 30, 2015, Plaintiff Joseph R. Banister is indebted to the United States in the amount of $6,000 for penalties assessed against him under 26 U.S.C. § 6701, plus interest and statutory additions accruing after April 2, 2012, until the judgment is paid. In addition, for good cause shown, the United States'

Unopposed Motion to Dismiss Remaining Counterclaims with Prejudice is hereby granted.

SO ORDERED

Dated:  February 29, 2016

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE