UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 29 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JOSEPH R. BANISTER,<br><br>       Plaintiff - Appellant,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>       Defendant - Appellee. | No. 16-15813<br><br>D.C. No. 3:12-cv-00637-MMD-VPC<br>U.S. District Court for Nevada, Reno<br><br>**MANDATE** |

    The judgment of this Court, entered December 06, 2017, takes effect this date.

    This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                                  FOR THE COURT:

                                  MOLLY C. DWYER
                                  CLERK OF COURT

                                  By: Craig Westbrooke
                                  Deputy Clerk
                                  Ninth Circuit Rule 27-7